[No. 34750-1-I.   Division One.   April 22, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN
MARTIN WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 93-1-00139-2, Richard J. Thorpe, J., entered May 5, 1994. *Affirmed* by unpublished per curiam opinion.

[No. 35269-5-I.   Division One.   April 22, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
M. GEE, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 93-1-00861-1, David A. Nichols, J., entered September 1, 1994. *Affirmed* by unpublished per curiam opinion.

[No. 35454-0-I.   Division One.   April 22, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK
EUGENE COYLE, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 94-1-00039-9, Michael E. Rickert, J., entered September 22, 1994. *Affirmed* by unpublished opinion per Cox, J., concurred in by Baker, C.J., and Webster, J.

[No. 35493-1-I.   Division One.   April 22, 1996.]

A & M INSURANCE, INC., *Appellant*, v. COMPASS
SOFTWARE, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-06686-2, Steven G. Scott, J., entered September 1, 1994 and October 25, 1994. *Affirmed* by unpublished opinion per Baker, C.J., concurred in by Coleman and Ellington, JJ.